DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNY TANG a/k/a TANG KENNY,**
Appellant,

v.

**KNICKERBOCKER PROPERTIES, INC.,** d/b/a **THE HAMPTONS ON HERON BAY XXXVI,**
Appellee.

No. 4D21-1691

[January 20, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. DeLuca, Judge; L.T. Case No. CONO-20-018821.

Michael L. Buckner of Buckner Legal Self-Help Program, Inc., Coral Springs, for appellant.

Ryan R. McCain and Donna S. Barfield of Barfield McCain, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***